**Rhonda GOLDEN, Plaintiff–Appellant**

v.

**DOLLAR GENERAL CORPORATION; Michelle Hughes; Tom O'Connell, district manager; Ruth Greggory, risk management; Gaylon Keetis, regional manager; Kimberly Knaff; Ray LNU, store manager, Defendants–Appellees.**

No. 12–3027.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 14, 2013.

Filed: March 1, 2013.

Rhonda Golden, Grandview, MO, pro se.

James R. Holland, II, Ashley Shaneyfelt, Fisher & Phillips, argued, Kansas City, MO, for Defendants–Appellees.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Rhonda Golden appeals the district court's [1] Federal Rule of Civil Procedure 12(b)(6) dismissal of her complaint. After careful de novo review, *see Palmer v. Ill. Farmers Ins. Co.,* 666 F.3d 1081, 1083 (8th Cir.2012), we conclude that the dismissal was proper because Golden's complaint did not allege sufficient facts to support any of her claims, *see Ashcroft v. Iqbal,* 556 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009) (complaint must contain sufficient

factual matter, accepted as true, that states facially plausible claim for relief). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.